IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAMES MURRAY a/k/a
JAMES HINES,

    Petitioner,

v.                                    Civil Action No. 5:07cv6
                                         (Judge Stamp)

HARLEY LAPPIN, Director of
the Federal Bureau of Prisons,

    Respondent.

## ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSE

For good cause shown, the respondent's Motion for an Enlargement of Time to respond (dckt. 34) is **GRANTED**. The respondent shall have until **July 20, 2007**, to file a response to the petition.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: July 16, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE