IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 27 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

JAMES MURRAY a/k/a
JAMES HINES,

    Petitioner,

v.      Civil Action No. 5:07cv6
    (Judge Stamp)

HARLEY LAPPIN, Director of
the Federal Bureau of Prisons,

    Respondent.

## ORDER GRANTING RESPONDENT'S MOTION TO ENLARGE TIME

On April 13, 2007, the undersigned directed the respondent to file an answer to the petitioner's request for Writ of Mandamus. On July 12, 2007, the respondent was granted an extension of time, up to and including July 20, 2007. On July 26, 2007, the respondent filed a response and a Motion to Enlarge Time. In the motion to enlarge time, the respondent asserts that additional time was necessary to complete the process of reviewing, editing and supplementing the pleadings received from legal counsel for the Bureau of Prisons. Thus, the respondent requests that the Court designate July 26, 2007, as the date upon which the response was due.

For good cause shown, the respondent's Motion to Enlarge Time (dckt. 39) is GRANTED to the extent that the response received on July 26, 2007, is deemed timely.

The Clerk is directed to mail a copy of this Order to the parties who appear *pro se*.

DATED: July 27, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE